People v Williams (2025 NY Slip Op 06920)

People v Williams

2025 NY Slip Op 06920

Decided on December 11, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: December 11, 2025

Before: Manzanet-Daniels, J.P., Gesmer, González, Shulman, O'Neill Levy, JJ. 

Ind No. 71328/21|Appeal No. 5347|Case No. 2024-00206|

[*1]The People of the State of New York, Respondent, 
v
Douglas Williams, Defendant-Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Leana J. Duncan of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Connor S. Glendinning of counsel), for respondent.

An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Raymond L. Bruce, J.), rendered January 9, 2023,
Said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive,
It is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed.
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: December 11, 2025
Counsel for appellant is referred to
§ 606.5, Rules of the Appellate Division,
First Department.